| | | |
|---|---|---|
| PROB 22 (TXN Rev. 5/05) | **TRANSFER OF JURISDICTION** | CASE NUMBER(TRANS.COURT)<br>4:03-CR-159-A(01) |
| | | CASE NUMBER (REC. COURT)<br>08CR 360 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| John Marvin Brandon | Northern District of Texas | Fort Worth |

**FILED MAY 0 7 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| NAME OF SENTENCING JUDGE |
|---|
| U.S. District Judge John McBryde |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | April 8, 2008 | April 7, 2013 |

**OFFENSE**
Possession With Intent to Distribute Cocaine, in violation of 21 USC § 841(a)(1) & (b)(1)(B), a Class B felony.

**JUDGE AMY ST. EVE**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern** DISTRICT OF **Texas**

**MAGISTRATE JUDGE COLE**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this court to the U.S. District Court for the <u>Northern District of Illinois</u> upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

4/18/08
Date                                                                                                          U.S. District Judge

*This sentence may be deleted in the discretion of the transferring court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE **Northern** DISTRICT OF **Illinois**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

MAY - 5 2008
Effective Date                                                                                             U.S. District Judge