

# United States District Court
## Northern District of Texas
### Office of the Clerk

*Karen Mitchell,*
*Clerk of Court*

*501 West 10th Street Room 310*
*Fort Worth, TX 76102-3673*

May 12, 2008

**FILED**
5-19-08
MAY 1 9 2008 CM

United States Courthouse

Everett McKinley Dirksen
United States Courthouse, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv360
Judge St. Eve
Magistrate Judge Cole

SUBJECT:  USA Vs John Marvin Brandon

NDTX # 4:03-CR-159-A-(01)

Dear Clerk;

   Pursuant to the Transfer of Jurisdiction of the above named defendant, **John Marvin Brandon** to **the Northern District of Illinois, Chicago Division** please find the enclosed certified copies of the transfer of jurisdiction order, indictment/Information, judgment, docket report and financial ledger.

Please acknowledge receipt of the above on the enclosed copy of this letter to be returned to this office in the envelope also provided.

                              Sincerely,
                              KAREN MITCHELL
                              *Clerk of Court*

                        BY: Michelle Thom
                              Deputy Clerk

Enclosures:

cc:   US Probation

      US Attorney's Office

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

2003 MAY 14 PM 4:19

CLERK OF COURT

FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | CRIMINAL NO. _____ |
| | § | |
| JOHN MARVIN BRANDON (1) | § | 4-03CR-159-A |

INDICTMENT

The Grand Jury charges:

**COUNT 1**
**Possession with Intent to Distribute Cocaine**
**(Violation of 21 U.S.C. §841(a)(1))**

On or about April 16, 2003, in the Fort Worth Division of the Northern District of Texas, **John Marvin Brandon**, defendant, did intentionally and knowingly possess with intent to distribute approximately 683 grams of a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance.

A violation of Title 21, United States Code, §841(a)(1), the penalty for which is

INDICTMENT - Page 1

Certified a true copy of an instrument on file in my office on May 12, 08
Clerk, U.S. District Court, Northern District of Texas
By _____ Deputy

found at Title 21, United States Code, §841(b)(1)(B).

A TRUE BILL.

JANE J. BOYLE
UNITED STATES ATTORNEY

JOHN P. BRADFORD
Assistant United States Attorney
State Bar No. 02818300
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817.252.5248
Facsimile: 817.978.3094

INDICTMENT - Page 2

No.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

VS.

**JOHN MARVIN BRANDON**

---

INDICTMENT

Title 21 United States Code, Section 841

Possession with Intent to Distribute Cocaine

(1 COUNT)

---

A true bill,

FORT WORTH _____ FOREPERSON

Filed in open court this 14th day of May, A.D. 2003.

_____ CLERK

UNITED STATES MAGISTRATE JUDGE

Complaint No. 4:03-124-MJ

# United States District Court

Northern District of Texas
Fort Worth Division

FILED
OCT - 7 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Case Number: 4:03-CR-159-A(01) |
| JOHN MARVIN BRANDON | § | |

## JUDGMENT IN A CRIMINAL CASE

The government was represented by Assistant United States Attorney John Bradford. The defendant, JOHN MARVIN BRANDON, was represented by David A. Pearson IV.

The defendant pleaded guilty on June 27, 2003 to count 1 of the indictment filed on May 14, 2003. Accordingly, the court ORDERS that the defendant be, and is hereby, adjudged guilty of such count involving the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) & (b)(1)(B) | POSSESSION WITH INTENT TO DISTRIBUTE COCAINE | April 16, 2003 | 1 |

As pronounced and imposed on October 3, 2003, the defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

The court ORDERS that the defendant immediately pay to the United States, through the Clerk of this Court, a special assessment of $100.00.

The court further ORDERS that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence address, or mailing address, as set forth below, until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court, through the clerk of this court, and the Attorney General, through the United States Attorney for this district, of any material change in the defendant's economic circumstances.

### IMPRISONMENT

The court further ORDERS that the defendant be, and is hereby, committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 66 months. The Court further orders this sentence shall run consecutively to an other sentence imposed.

The court recommends to the Bureau of Prisons that defendant be allowed to participate in the 500 hour Comprehensive Substance Abuse Treatment Program.

The defendant is remanded to the custody of the United States Marshal.

1

Certified a true copy of an instrument on file in my office on May 12, 08
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

## SUPERVISED RELEASE

The court further ORDERS that, upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years, and that while on supervised release:

1. The defendant shall not commit another federal, state, or local crime.

2. The defendant shall not possess illegal controlled substances.

3. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the U.S. Probation Officer.

4. The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and all other intoxicants during and after completion of treatment. It is ordered that the defendant contribute to the costs of services rendered at a rate of at least $10 per month.

5. The defendant shall also comply with the Standard Conditions of Supervision as hereinafter set forth.

### Standard Conditions of Supervision

1. The defendant shall report in person to the probation office in the district to which the defendant is released within seventy-two (72) hours of release from the custody of the Bureau of Prisons.

2. The defendant shall not possess a firearm, destructive device, or other dangerous weapon.

3. The defendant shall provide to the U.S. Probation Officer any requested financial information.

4. The defendant shall not leave the judicial district without the permission of the Court or U.S. Probation Officer.

5. The defendant shall report to the U.S. Probation Officer as directed by the court or U.S. Probation Officer and shall submit a truthful and complete written report within the first five (5) days of each month.

6. The defendant shall answer truthfully all inquiries by the U.S. Probation Officer and follow the instructions of the U.S. Probation Officer.

7. The defendant shall support his or her dependents and meet other family responsibilities.

8. The defendant shall work regularly at a lawful occupation unless excused by the U.S. Probation Officer for schooling, training, or other acceptable reasons.

9. The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment.

10. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

11. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the U.S. Probation Officer.

13. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the U.S. Probation Officer.

14. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

15. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

The court hereby directs the probation officer to provide defendant with a written statement that sets forth all the conditions to which the term of supervised release is subject, as contemplated and required by Title 18 United States Code section 3583(f).

## FINE

The court did not order a fine because the defendant does not have the financial resource or future earning capacity to pay a fine.

## STATEMENT OF REASONS

The court adopts as the fact findings of the court the facts set forth in the Presentence Report, as modified or supplemented by any facts set forth in any Addendum and any fact found by the court during the sentencing hearing; and, the court adopts as the conclusions of the court all conclusions expressed in the Presentence Report, as modified or supplemented by any conclusions expressed in any Addendum and any conclusions expressed by the court during the sentencing hearing.

Guideline Range Determined by the Court:

Total Offense Level: 23

Criminal History Category: III

Imprisonment Range: 60 to 71 months.

Supervised Release Range: 4 to 5 years

Fine Range: $10,000 to $2,000,000

The sentence is within the guideline range, and the court finds no reason to depart from the sentence called for by application of the guidelines.

Signed this the 7 day of October, 2003.

JOHN McBRYDE
UNITED STATES DISTRICT JUDGE

]

Defe
Fede
315(
Fort

Def
Def
Def

RETURN

I have executed the imprisonment part of this Judgment as follows:

_____
_____

Defendant delivered on_____, 200__ to_____at_____
_____, with a certified copy of this Judgment.

        Randy Ely
        United States Marshal for the
        Northern District of Texas


        By _____
           Deputy United States Marshal

# U.S. District Court
## Northern District of Texas (Fort Worth)
## CRIMINAL DOCKET FOR CASE #: 4:03-cr-00159-1
### Internal Use Only

Case title: USA v. Brandon
Magistrate judge case number: 4:03-mj-00124

Date Filed: 05/14/2003
Date Terminated: 10/03/2003

Assigned to: Judge John McBryde

### Defendant (1)

**John Marvin Brandon**
*TERMINATED: 10/07/2003*

represented by **David A Pearson, IV**
Law Office of David A Pearson IV
222 W Exchange Ave Suite 100
Fort Worth, TX 76106-8142
817/625-8081
Fax: 817/625-8038 FAX
Email: dpearson@charterinternet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Grady L Swindle**
Law Offices of Grady L Swindle
PO Box 115
Stephenville, TX 76401-0115
254/968-2711
Fax: 254/968-7517 FAX
Email: Lawyergs@yahoo.com
*TERMINATED: 06/06/2003*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

### Pending Counts

21:841(a)(1) & (b)(1)(B) - Possession with Intent to Distribute Cocaine, a Schedule II Controlled Substance
(1)

### Disposition

Committed to BOP 66 months. S/R 5 yrs. MSA $100.00.

### Highest Offense Level (Opening)

Certified a true copy of an instrument on file in my office on May 12, 08
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:841(a)(1) & (b)(1)(B) - POSSESS WITH INTENT TO DISTRIBUTE COCAINE

**Disposition**

**Plaintiff**

USA

represented by **John P Bradford**
US Attorney's Office
Burnett Plaza
801 Cherry St
Suite 1700
Fort Worth, TX 76102-6882
817/252-5248
Fax: 817/978-6381 FAX
Email: john.bradford@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2003 | 1 | COMPLAINT as to John Marvin Brandon (1). (geb, )[4:03-mj-00124] (Entered: 04/21/2003) |
| 04/17/2003 |  | Arrest of John Marvin Brandon (geb, )[4:03-mj-00124] (Entered: 04/21/2003) |
| 04/17/2003 | 2 | Minute Entry for proceedings held before Judge Charles Bleil :Initial Appearance as to John Marvin Brandon held on 4/17/03...Deft & AUSA Bradford present for initial appearance...Deft arrested 4/17/03...Deft requests appointed counsel...Financial Aff[4:03idavit executed...Private counsel Grady Swindle appointed...Detention hearing set 4/22/03 @9:00 a.m...Deft remanded to custody. (Tape #4915.) (geb, )[4:03-mj-00124] (Entered: 04/21/2003) |
| 04/17/2003 | 3 | ORDER Fixing Dates as to John Marvin Brandon : Bench Trial set for 4/22/2003 09:00 AM before Charles Bleil. Preliminary Examination set for 4/22/2003 09:00 AM before Charles Bleil. (Signed by Judge Charles Bleil on 4/17/03) (geb, )[4:03-mj-00124] (Entered: 04/21/2003) |

| 04/17/2003 | 4 | CJA 23 Financial Affidavit by John Marvin Brandon (geb, )[4:03-mj-00124] (Entered: 04/21/2003) |
|---|---|---|
| 04/17/2003 | 5 | CJA 20 as to John Marvin Brandon : Appointment of Attorney Grady Lee Swindle for John Marvin Brandon. Attorney notified and Appointment Packet mailed. (Signed by Judge Charles Bleil on 4/17/03) (geb, )[4:03-mj-00124] (Entered: 04/21/2003) |
| 04/17/2003 | 6 | ORDER OF Temporary DETENTION Pending Hearing as to John Marvin Brandon Detention Hearing set for 4/22/2003 09:00 AM before Charles Bleil. (Signed by Judge Charles Bleil on 4/17/03) (geb, )[4:03-mj-00124] (Entered: 04/21/2003) |
| 04/17/2003 | 7 | MOTION for Pretrial Detention by USA as to John Marvin Brandon (geb, )[4:03-mj-00124] (Entered: 04/21/2003) |
| 04/22/2003 | 8 | Minute Entry for proceedings held before Judge Charles Bleil :Detention Hearing as to John Marvin Brandon held on 4/22/03...Deft, AUSA Bradford & Appt Atty Swindle present for detention hearing...Govt's witness DEA TFO Donny Morton sworn & testi[4:03fied...Order of Detention Pending Trial entered...Deft remanded to custody. (Tape #4915.) (geb, )[4:03-mj-00124] (Entered: 04/22/2003) |
| 04/22/2003 | 9 | ORDER granting 7 Motion for Detention as to John Marvin Brandon (1) (Signed by Judge Charles Bleil on 4/22/03) (geb, )[4:03-mj-00124] (Entered: 04/22/2003) |
| 05/14/2003 | 10 | INDICTMENT as to John Marvin Brandon (1) count(s) 1. (pdm, ) (Entered: 05/15/2003) |
| 05/30/2003 | 11 | ORDER as to John Marvin Brandon : Arraignment set for 6/6/2003 09:00 AM before John McBryde. (Signed by Judge John McBryde on 5/30/03) (dld, ) (Entered: 06/02/2003) |
| 06/06/2003 | 12 | ORDER as to John Marvin Brandon :.....atty. Swindle is discharged as atty. for Brandon; attorney David Pearson has been appointed and is substituted for Swindle as Brandon's atty; Swindle to file by 2 pm on 6/11/03 a document giving full explanation for his failure to appear in connection with deft's arraignment... Arraignment set for 6/13/2003 09:00 AM before John McBryde. (Signed by Judge John McBryde on 6/6/03) (pdm, ) Modified on 6/9/2003 (pdm, ). (Entered: 06/06/2003) |
| 06/06/2003 |  | Attorney update in case as to John Marvin Brandon. Attorney David A Pearson for John Marvin Brandon added. Attorney Grady Lee Swindle terminated. (pdm, ) (Entered: 06/06/2003) |
| 06/06/2003 | 13 | Minute Entry for proceedings held before Judge John McBryde :AUSA Bradford present. ATTY GRADY LEE SWINDLE DID NOT APPEAR...ct ordered dft to be taken back to Magistrate Court for reappointment of atty.Arraignment as to John Marvin Brandon (1) Count 1 held on 6/6/03. (Court Reporter Eileen Brewer.) (mjw, ) (Entered: 06/09/2003) |

| 06/06/2003 | 14 | CJA 20 as to John Marvin Brandon : Appointment of Attorney David A Pearson for John Marvin Brandon. Attorney notified and Appointment Packet mailed. (Signed by Judge Charles Bleil on 6/6/03) (dld, ) (Entered: 06/10/2003) |
|---|---|---|
| 06/13/2003 | 15 | SCHEDULING ORDER as to John Marvin Brandon : Jury Trial set for 7/14/2003 09:00 AM before John McBryde. Pretrial Materials due by 6/30/2003. (Signed by Judge John McBryde on 6/13/03) (mjw, ) (Entered: 06/13/2003) |
| 06/13/2003 | 16 | Minute Entry for proceedings held before Judge John McBryde : AUSA Bradford and David Pearson (A) present. NSG. Arraignment as to John Marvin Brandon (1) Count 1 held on 6/13/03. Defense waived reading of Indictment. Dft enters plea of not guilty. Trial set for 7/14/03 at 9:00am. Pretrial motions due 6/30/03. Discovery motions/govt responses due 7/3/03. Dft remanded to custody. (Court Reporter Eileen Brewer.) (mjw, ) (Entered: 06/16/2003) |
| 06/16/2003 | 17 | RESPONSE FOR FAILURE OF ATTY TO APPEAR AT ARRAIGNEMNT as to John Marvin Brandon : (mjw, ) (Entered: 06/18/2003) |
| 06/23/2003 | 18 | ORDER as to John Marvin Brandon : Rearraignment set for 6/27/2003 10:30 AM before John McBryde. (Signed by Judge John McBryde on 6/23/03) (mjw, ) (Entered: 06/24/2003) |
| 06/27/2003 | 19 | Factual Resume as to John Marvin Brandon (mjw, ) (Entered: 06/30/2003) |
| 06/27/2003 | 20 | Sentencing Scheduling Order as to John Marvin Brandon : Presentence Investigation Report due by 8/4/2003. Objections to Presentence Investigation Report due by 8/18/2003. Presentence Investigation Addendum due by 9/2/2003. Objections to Presentence Investigation Addendum due by 9/8/2003. Sentencing set for 9/26/2003 09:00 AM before John McBryde. (Signed by Judge John McBryde on 6/27/03) (mjw, ) (Entered: 06/30/2003) |
| 06/27/2003 | 21 | Minute Entry for proceedings held before Judge John McBryde : Rearraignment Hearing as to John Marvin Brandon held on 6/27/03; AUSA Bradford, deft & appt atty David Pearson present; reading of indictment waives; deft enters a guilty plea to one count indictment; no plea agreement entered; Factual Resume filed; Govt's exhibit 1 admitted; sentence set for 9/26/03 at 9:00 a.m.; PSI due 8/4/03 Presentence Referral Form to David Pearson; (Court Reporter E Brewer.) (dld, ) (Entered: 06/30/2003) |
| 07/01/2003 | 22 | ORDER as to John Marvin Brandon : Sentencing RE-set for 10/3/2003 09:00 AM before John McBryde. (Signed by Judge John McBryde on 7/1/03) (mjw, ) (Entered: 07/02/2003) |
| 08/04/2003 | 23 | GOVT'S MOTION for a Third-point Decrease for Acceptance of Responsibility by USA as to John Marvin Brandon (mjw, ) (Entered: 08/05/2003) |
| 10/03/2003 | 24 | Minute Entry for proceedings held before Judge John McBryde : AUSA Bradford and David Pearson (A) present.Sentencing held on 10/3/2003 for John Marvin Brandon (1), Count(s) 1, Committed to BOP 66 months. S/R 5 yrs. MSA $100.00. NSG. Dft advised of right to appeal. Custody continued. Ct recommends to BOP 500 Hour Comprehensive Substance Abuse Treatment |

| | | |
|---|---|---|
| | | Program. (Court Reporter Eileen Brewer.) (mjw, ) (Entered: 10/06/2003) |
| 10/03/2003 | [25](#) | NOTICE of Right to Appeal Conviction and Sentence Imposed After Plea of Guilty as to John Marvin Brandon (mjw, ) (Entered: 10/06/2003) |
| 10/07/2003 | [26](#) | JUDGMENT John Marvin Brandon (1), Count(s) 1, Committed to BOP 66 months to run consecutively to an other sentence imposed. S/R 5 yrs. MSA $100.00. Ct recommends dft be allowed to participate in the 500 hour Comprehensive Substance Abuse Treatment Program. Dft remanded to custody of USM. (Signed by Judge John McBryde on 10/7/03) (mjw, ) (Entered: 10/08/2003) |
| 11/18/2003 | [27](#) | CJA 20 as to John Marvin Brandon : Authorization to Pay David Pearson. Amount: $ 1,701.00, Voucher # 03111800017. (Signed by Judge John McBryde on 11/17/03) (mjw, ) (Entered: 11/18/2003) |